**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 2 5 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBERTY ELECTRICAL SUPPLY, a division      JUDGMENT
of WESCO Distribution, Inc.,     08-CV- 4278 (JG)

                 Plaintiff,

   -against-

GDY PROPERTIES, INC.,

                 Defendant.
------------------------------------------------------------X

      An Order of Honorable John Gleeson, United States District Judge, having been filed on September 23, 2009, directing the Clerk of Court to enter judgment on plaintiff's application for entry of judgment and pursuant to the settlement agreement as amended against defendant in the amount of $61,805.91, representing $51,500.16 in principal; $9,955.75 in interest; and $350.00 in costs; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Liberty Electrical Supply, a division of Wesco Distribution, Inc., and against defendant, GDY Properties, Inc., on plaintiff's application for entry of judgment and pursuant to the settlement agreement as amended in the amount of $61,805.91, representing $51,500.16 in principal; $9,955.75 in interest; and $350.00 in costs.

Dated: Brooklyn, New York
        September 24, 2009

                                                       s/Robert C. Heinemann
                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court